IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-04013-01-CR-C-BCW |
| | ) | |
| SIRHON RIVERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth,

to which no objection has been filed, the plea of guilty to Counts 1, 27, 31, and 32 of the

Indictment filed on March 19, 2014 is now accepted.    Defendant is adjudged guilty of such

offense.   Sentencing will be set by subsequent order of the court.

   /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated: October 1, 2014